**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **KHALIFAH W. FARUQ,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **No. 02-3358-CV-S-RED** |
| | ) | |
| **JEREMY WHITEHILL, CHRISTIAN COUNTY POLICE FORCE, and OZARK, MISSOURI,** | ) | |
| | ) | |
| **Defendants.** | ) | |

# NOTICE OF REMOVAL

**COMES NOW** Defendant, Jeremy Whitehill, by and through the undersigned counsel, and for pursuant to 28 U.S.C. § 1441 *et seq*., files this Notice of Removal of this cause of action from the Circuit Court of Christian County, Missouri to the United States District Court for the Western District of Missouri, Southern Division. The grounds for removal are as follows:

1. On or about July 11, 2002, Plaintiff Khalifah Faruq, commenced an action against Sergeant Jeremy Whitehill in the Circuit Court of Christian County, Missouri in the lawsuit entitled, "Khalifah W.M. Faruq, Plaintiff, vs. Officer Whitehill of the Christian County Police Force, Ozark, Missouri," Case No. CV102-609CC.

2. Said civil action includes a claim for alleged violation of Plaintiff's civil rights as actionable pursuant to 42 U.S.C. § 1983.

3. Defendant Whitehill was served on July 25, 2002. A copy of the petition with a copy of all documents are attached as Exhibit "A", pursuant to 28 U.S.C. § 1446(a).

4. This Notice of Removal is filed within the time period authorized by 28 U.S.C. § 1446(d).

5. The present action is a civil action over which this Court has jurisdiction pursuant to 28 U.S.C. § 1343(a)(3).

6. The United States District Court for the Western District of Missouri, Southern Division, is the appropriate court for filing a Notice of Removal from the Circuit Court of Christian County, Missouri, pursuant to 28 U.S.C. § 105.

7. Written notice of the filing of this Notice of Removal shall be given to Plaintiff and a copy shall be filed with the Clerk of the Circuit Court of Christian County, Missouri, pursuant to 28 U.S.C. § 1446(d).

8. Under the provisions of 28 U.S.C. § 1441 and all applicable statutes, all of which Defendant Whitehill has complied with, this action is removable to the United States District Court for the Western District of Missouri, Southern Division.

**WHEREFORE**, Defendant Whitehill hereby gives notice of removal of the above action pending in the Circuit Court of Christian County, Missouri to this Court.

Respectfully submitted,

SHUGHART THOMSON &
KILROY, P.C

By *<u>/s/ Jeffrey L. Groves</u>*

Jeffrey L. Groves, #42156
901 E. St. Louis St., Suite 1200
Springfield, MO 65806
Telephone: 417-869-3353
Telecopier: 417-869-9943
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

This pleading was served upon all attorneys of record for each of the parties to this action and all parties not represented by counsel, in the following manner:

( ) By delivering a copy to him;
( ) By leaving a copy at his office with the clerk;
( ) By leaving a copy at his office with an attorney associated with him;
(X) By mailing a copy to him, as prescribed by law;
( ) By faxing a copy to him.

On this 23rd day of August, 2002.

*/s/ Jeffrey L. Groves*
Jeffrey L. Groves

Khalifah W. Faruq
c/o Christian County Jail
110 W. Elm Street
Ozark, MO 65721
*Pro Se Plaintiff*